```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16258
   VINCE E ARBUTHNOT
   CYNTHIA L ARBUTHNOT                          CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-0225    SSN XXX-XX-9594

-----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/09/06 and confirmed on 05/09/07.

    2.  The case was dismissed after confirmation, 09/14/2007.

    3.  The Debtor paid a total of $   1086.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GRUNDY COUNTY NATL BANK | CURRENT MORTG | .00 | .00 | .00 |
| GRUNDY COUNTY NATL BANK | SECURED | .00 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 13031.63 | .00 | .00 |
| ROBERT J RUSSO | MORTGAGE ARRE | 6000.00 | .00 | .00 |
| GRUNDY COUNTY NATL BANK | MORTGAGE ARRE | 2000.00 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED RADIOLOGITS J | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| CLINICAL ASSOC IN MED LL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ENT SURGICAL CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET CARDIOLOGY CENTER | UNSECURED | 8.79 | .00 | .00 |
| JOLIET ONCOLOGY HEMATOLO | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| MPS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 843.20 | .00 | .00 |
| OPTIMA MEDICAL ASSOCIATE | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMCC | UNSECURED | 3713.60 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 726.64 | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SW CARD CONS | UNSECURED | NOT FILED | .00 | .00 |
| STUFF | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT BUREAU ENTERPRISE | UNSECURED | NOT FILED | .00 | .00 |

```
JOHN P FRYE                  UNSECURED       NOT FILED              .00         .00
B LINE LLC                   UNSECURED         2627.52              .00         .00
AFNI/VERIZON                 UNSECURED         1129.53              .00         .00
       Summary of disbursements:
---------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED        OTHER        TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   8000.00         .00     22080.91          .00     30080.91
PRINCIPAL PAID           .00         .00          .00          .00          .00
INTEREST PAID            .00         .00          .00          .00          .00
TOTAL PAID               .00         .00          .00          .00          .00
```

The Debtor's attorney, PATRICK A MESZAROS           , was allowed $   3000.00
and was paid $    500.00   direct and $   1057.76   through the plan.

The Trustee received $      28.24 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/18/07                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 06 B 16258 VINCE E ARBUTHNOT & CYNTHIA L ARBUTHNOT